IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONYA ALEXANDER,

        Plaintiff,

  v.

ELI LILLY AND COMPANY,

        Defendant.
_____/

No. C 05-04894 CW

ORDER TEMPORARILY STAYING ACTION

IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation regarding the transfer of this case to the Eastern District of New York (MDL 1596, <u>In Re Zyprexa Products Liability Litigation</u>) for consolidated pretrial proceedings.  All hearing and motion dates are VACATED pending further order of this Court.

**Plaintiff shall serve on all other parties a copy of this Order.**

Dated: 3/16/06

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE